IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NATIONAL BUS SALES, INC.**                                                   **PLAINTIFF**

**V.**                                **4:13CV00252-BRW**

**LITTLE ROCK JAGUAR LAND ROVER, LLC**                     **DEFENDANT**

## ORDER

Because Plaintiff's alleged damages fall below the $75,000 amount in controversy requirement,[1] this case is DISMISSED for lack of jurisdiction.

IT IS SO ORDERED this 11th day of June, 2013.

                                                          /s/Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1332.